Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0465

Todd Trucks v. Charles Clifton, Spencer Self, and Steven Adamson (Appeal from Blount Circuit Court: CV-25-900252).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Sellers, Mendheim, and Cook, JJ., concur.